IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MICHAEL GERHART, | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 10-425 |
| | : | |
| EXELON CORPORATION, | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this 21st day of February, 2011, upon consideration of the defendant's motion for summary judgment (Document #10), the plaintiff's response thereto (Document #11), and the reply of the defendant (Document #15), it is hereby ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

          BY THE COURT:

          /s/ *Lawrence F. Stengel*
          LAWRENCE F. STENGEL, J.